1  Mary A. Zachar, State Bar No. 79233
   LAW OFFICES OF MARY A. ZACHAR
2  16133 Ventura Blvd., Suite 1055
   Encino, CA 91436
3  Telephone: (310) 613-6512
   Facsimile: (818) 995-3789
4  E-mail: Maryzlaw@gmail.com

5
   Attorneys for Plaintiff,
6  THE ENKEBOLL CO.
   a California Corporation
7  dba ENKEBOLL DESIGNS

8

9              UNITED STATE DISTRICT COURT

10        FOR THE CENTRAL DISTRICT OF CALIFORNIA

11
   THE ENKEBOLL CO., a California          Case No. CV 11-10539 SVW
12 corporation dba ENKEBOLL
   DESIGNS,                                [PROPOSED] STIPULATED
13                                         CONSENT JUDGMENT,
              Plaintiff,                   PERMANENT INJUNCTION,
14                                         DISMISSAL AND ORDER THEREON
        vs.
15                                         Case filed: December 21, 2011
   ZAKROS DESIGNS, a California            Judge: Hon. Judge Stephen V. Wilson
16 Corporation, SAI YUE YEUNG, an
   Individual, and DOES 1 through 10,
17 inclusive,
              Defendants.
18

19

20 This matter is before the Court on the joint Motion of Plaintiff, The Enkeboll Co.,

21 dba Enkeboll Designs ("Enkeboll"), and Defendants, Zakros Designs and Sai Yue

22 Yeung (individually and collectively "Defendants"), requesting this Court's entry of

23

24 their Stipulated Consent Judgment, Permanent Injunction, and Dismissal With

25 Prejudice.

26         WHEREAS, on December 21, 2011, Plaintiff Enkeboll filed a Complaint in

27

28

1  the United States District Court, Central District of California, entitled The

2  Enkeboll Co. v. Zakros Designs, and Sai Yue Yeung, Case No. CV 11-10539 SVW

3
4  (hereinafter the "Action"), alleging causes of action under federal law for copyright

5  infringement, violation of the DMCA, trademark infringement, trade dress

6  infringement, trademark dilution, trademark counterfeiting and infringement, and

7
8  state law unfair competition and tortious interference with business opportunity;

9      WHEREAS, Plaintiff served Defendants with the Action, and Plaintiff and

10
11 Defendants, and each of them, have negotiated in good faith and the parties desire

12 to amicably settle their differences arising out of the Action and have entered into a

13 Settlement Agreement that resolves this Action;

14
15      WHEREAS, Plaintiff and Defendants have agreed and stipulated to entry of

16 judgment based on the terms of the Settlement Agreement as provided below;

17      WHEREAS, each of Plaintiff and Defendants hereby unconditionally waives

18
19 any right to appeal from the Judgment entered in accordance with this Stipulated

20 Judgment and Permanent Injunction;

21      NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND

22 DECREED THAT:
23
24 1. Plaintiff is the Owner of the following valid and enforceable copyrights as set

25     forth and described in the Complaint under Registration Nos. CR Reg VA

26     0001077597, CR Reg VAu 000704202, CR Reg VA 0001027339, CR Reg
27
28

PROPOSED STIPULATED JUDGMENT AND
PERMANENT INJUNCTION FOR
COPYRIGHT&TRADEMARK INFRINGEMENT

VA 0001096948, CR Reg VA 000579128, CR Reg VA 0001027342, CR Reg VA 000614648, CR Reg VA 000614647, CR Reg VA 000614646, CR Reg VA 000614650, CR Reg VA 000946052, CR Reg VA 0001077582, CR Reg VA 0001002128, CR Reg VA 0001023559, CR Reg VA 0001023558, CR Reg VA 0001023561, CR Reg VA 0001027343, CR Reg VA 000059677 that are the subject matter of this suit (Plaintiff's "Designs"). Defendants admit that they have infringed Plaintiff's copyrights in the Designs as described in the Complaint.

2. Plaintiff is the Owner on the following valid and enforceable marks: Registration Nos. Trademark Registration No.2906502 and Trademark Registration No. 2,642,160 (Enkeboll's "Marks"). Defendants admit that they have infringed the trademarks set forth and described in the Complaint that are the subject matter of this suit.

3. Judgment is entered in Enkeboll's favor and against Defendants on Count I of the Complaint – Copyright Infringement under Federal law 17 U.S.C. § 501.

4. Judgment is entered in Enkeboll's favor and against Defendants on Count II of the Complaint – Circumvention of Technological Measures under Federal law the Digital Millennium Copyright Act ("DMCA") 17 U.S.C. § 1202(b).

5. Judgment is entered in Enkeboll's favor and against Defendants on Count III

of the Complaint – Trademark Infringement under Federal law 15 U.S.C. § 1125(a).

6. Judgment is entered in Enkeboll's favor and against Defendants on Count IV of the Complaint - Trade Dress Infringement under Federal law 15 U.S.C. § 1125(a).

7. Judgment is entered in Enkeboll's favor and against Defendants on Count V of the Complaint – Trademark Dilution under Federal law 15 U.S.C. § 1125(c).

8. Judgment is entered in Enkeboll's favor and against Defendants on Count VI of the Complaint – Federal Trademark Counterfeiting and Infringement under Federal law 15 U.S.C. § 1114.

9. Judgment is entered in Enkeboll's favor and against Defendants on Count VII of the Complaint - Unfair Competition and Unfair Business Practices under State law Cal. Bus. & Prof. Code Section 17200.

10. Judgment is entered in Enkeboll's favor and against Defendants on Count VIII of the Complaint - under State law Tortious Interference with Business Relationships.

11. This Court permanently enjoins Defendants, individually and on behalf of their respective officers, directors, employees, agents, representatives, sales agents, vendors, contractors, and individuals acting at their direction, assigns,

predecessors and successors in interest, past and present, affiliates, and those persons or companies in active concert or participation with Defendants who receive actual notice of this Order by personal service or otherwise from forever doing the following:

(a) From copying, reproducing, manufacturing, distributing, selling, marketing, promoting, displaying, or otherwise exploiting Plaintiff's Designs or infringing the represented Designs and Products pursuant to 17 U.S.C. § 502, or displaying on Defendants' Website, email or internet postings representations of Plaintiff's Designs; and from displaying in any manner any written or graphic representation of Plaintiff's Designs;

(b) From using the ENKEBOLL Marks, including any trademark, service mark, name, logo, design or source designation of any kind owned by ENKEBOLL, or any reproduction, counterfeit, copy, or colorable imitation of the ENKEBOLL Marks, or any words, letters, or phrases confusingly similar to the Marks, in connection with the distribution, advertising, offer for sale and/or sale of merchandise not the genuine products of ENKEBOLL;

(c) Passing off, inducing or enabling others to sell or pass off, any counterfeit products as and for ENKEBOLL Products;

(d) Shipping, delivering, holding for sale, distributing, returning,

PROPOSED STIPULATED JUDGMENT AND
PERMANENT INJUNCTION FOR
COPYRIGHT&TRADEMARK INFRINGEMENT

transferring or otherwise moving, storing, or disposing of in any manner architectural wood products falsely bearing the ENKEBOLL Marks or trade dress, or in which the Copyrights in the Designs inhere, or any reproduction, counterfeit, copy, or colorable imitation of the same;

(e) Directly or indirectly infringing ENKEBOLL Copyrights in its Designs in any manner throughout the world, including but not limited to reproducing, adapting, and/or displaying ENKEBOLL Designs or Products by distributing, importing, exporting, advertising, selling, and/or offering for sale, or causing others to do so, any product, including without limitation, products bearing designs substantially similar to ENKEBOLL's Copyrights;

(f) From committing any acts calculated to cause purchasers to believe that Defendants' products are those sold under the control or supervision of ENKEBOLL, or sponsored or approved by, or produced under the control and supervision of ENKEBOLL;

(g) From committing any acts calculated to cause the public consumers to believe that Defendants' products are those sold under the control or supervision of ENKEBOLL, or sponsored or approved by, or connected with, or guaranteed by, or produced under the control and supervision of ENKEBOLL;

PROPOSED STIPULATED JUDGMENT AND
PERMANENT INJUNCTION FOR
COPYRIGHT&TRADEMARK INFRINGEMENT

(h)   Using the ENKEBOLL Marks, including any trademark, service mark, name, logo, design or source designation of any kind owned by ENKEBOLL, or any reproduction, counterfeit, copy or colorable imitation of the ENKEBOLL Marks in connection with Defendants' sales of its products, its domain names, websites, other online services or activities, or other goods or services produced or provided by ENKEBOLL, or sponsored or authorized in any way connected or related to ENKEBOLL;

(i)   Operating infringing websites;

(j)   Causing any of the Infringing Products and Designs and Defendants' unlawful conduct as set for this in this Action from being distributed, displayed, reproduced, or accessible to or through any Third-party Site, or offered for sale in any manner through such Third-party Sites;

(k)   From further infringing any of ENKEBOLL Marks, Copyrights, Trade Dress, or damaging ENKEBOLL's goodwill;

(l)   From otherwise unfairly competing with ENKEBOLL in any manner.

12.   Defendants shall transfer to Enkeboll within 10 days of entry of this Order any and all document(s), writing(s), or recording(s) as defined under Fed. R. Civ. P. 34(a) or Fed. R. Evid. 1001 that relate to Defendants' infringements of Plaintiff's Designs including but not limited to, source code, images,

PROPOSED STIPULATED JUDGMENT AND
PERMANENT INJUNCTION FOR
COPYRIGHT&TRADEMARK INFRINGEMENT

documents, manuals, instructions, and copies of any of the foregoing.

13. After transfer to Enkeboll of the document(s), writing(s), or recording(s) required in Paragraph 12, Defendants shall, within 10 days of entry of this Order:

    a.  destroy all copies of such document(s), writing(s), or recording(s);

    b.  provide written certification to Enkeboll that Defendants have not retained any copies of any such document(s), writing(s), or recording(s);

    c.  provide written certification to Enkeboll that Defendants have not provided any copies of such document(s), writing(s), or recording(s) to any other party;

14. Within 10 days of the entry of this Order, Defendants shall deliver to Enkeboll an executed copy of its instructions to any and all e-commerce websites removing and deleting from such websites any of the infringing images and Designs. This Order shall not limit any rights Enkeboll has to further address such infringements through the third party websites procedures available to Plaintiff.

15. Within 10 days of the entry of this Order, Defendants shall identify and provide all contact information in their possession to Enkeboll for all current or past resellers and customers for any product marketed, licensed, or sold by

Defendants dealing with any Enkeboll Products or Designs.

16. Any molds, images and designs for the making of the above specified infringing copies in the possession or control of Defendant will be delivered up to the Plaintiff for destruction and diligent and good faith efforts will be made to obtain for the Plaintiff, or to have destroyed, any of such molds, images and designs not in the possession of the Plaintiff but of which Defendants have knowledge, particularly with reference to molds, images and designs in the control of Defendant's supply sources.

17. In addition to any of Plaintiff's civil remedies provided by law, all of which are expressly retained, in the event that Defendants, or any of them, are found to have violated any of the terms of this Stipulated Judgment, Defendants may be held in contempt, and if found to be in contempt may be punished up to the extent permitted by law.

18. Plaintiff agrees to provided five (5) days written electronic notice to counsel for Defendants and an opportunity to cure to any Defendant who Plaintiff believes to be in violation of the Stipulated Judgment prior to enforcing its rights under this Stipulated Judgment and Permanent Injunction.

19. Defendants consent to the jurisdiction of the United States District Court for the Central District of California, and waive any objection based on jurisdiction, venue, and forum, whether for purposes of enforcing this

PROPOSED STIPULATED JUDGMENT AND
PERMANENT INJUNCTION FOR
COPYRIGHT&TRADEMARK INFRINGEMENT

Stipulated Judgment, the parties' Settlement Agreement, or any orders in furtherance thereof.

20. In any proceeding relating to the enforcement of this Stipulated Judgment, the prevailing party shall be entitled to an award of its reasonable attorneys' fees.

21. Defendants shall collectively pay Plaintiff the settlement funds in the amounts and as required under the Settlement Agreement, with final payment not later than June 21, 2012.

22. This Stipulated Judgment shall be immediately entered by the Clerk of the Court and shall be enforceable according to its terms.

23. This Order shall be binding upon and shall inure to the benefit of Enkeboll and Defendants as well as each of their respective subsidiaries, corporate parents, affiliates, and/or successors and assigns.

24. All claims between Enkeboll and Defendants that were raised in this case are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees except as noted above. Notwithstanding the dismissal of the Action, the Court shall retain continuing jurisdiction to enforce the terms of this Stipulated Judgment and Permanent Injunction.

25. Defendants stipulate and agree that all payments, damages, attorneys' fees, and costs provided herein are not dischargeable in bankruptcy under one or more provisions of 11 U.S.C. § 523.

1    Dated: February 24, 2012          Plaintiff The Enkeboll Company

2                                      By:

3                                          Paul Black, CEO

4    Dated: February 29, 2012          Defendant Zakros Designs

5                                      By:

6                                          Sai Yue Yeung

7

8    Dated: February 29, 2012          Defendant Sai Yue Yeung

9

10                                         Sai Yue Yeung

11

12                           [PROPOSED] ORDER

13

14

15   This Stipulated Judgment is hereby entered by the Court pursuant to the terms set

16   forth above.

17
     DATED: February 13, 2012
18                                         Hon. Judge Stephen V. Wilson

19

20

21   Approved as to form and content:

22

23

24   Dated: February 29, 2012

25                                      LAW OFFICES OF MARY A. ZACHAR

26

27                                      By:   Mary A. Zachar

28
                                              PROPOSED STIPULATED JUDGMENT AND
                                              PERMANENT INJUNCTION FOR
                          -11-                COPYRIGHT&TRADEMARK INFRINGEMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mary A. Zachar, Esquire
Attorney for Plaintiff,
The ENKEBOLL Company dba
ENKEBOLL Designs, a California
Corporation
Mary A. Zachar, State Bar No. 79233
LAW OFFICES OF MARY A.
ZACHAR
16133 Ventura Blvd., Suite 1055
Encino, CA  91436
Telephone:  (310) 613-6512
Facsimile:  (818) 995-3789
E-mail:  Maryzlaw@gmail.com

PROPOSED STIPULATED JUDGMENT AND
PERMANENT INJUNCTION FOR
COPYRIGHT&TRADEMARK INFRINGEMENT

1   Dated: February 27, 2012            LAW OFFICES OF BIN LI

2

3

4                                       By:

5                                             Bin Lee, Esquire
                                        Attorneys for Defendants,
6                                       Zakros Designs, a California Corp.,
                                        and
7                                       Sai Yue Yeung, an individual
                                        Law Offices of Bin Li & Associates
8                                       A Professional Law Corporation
                                        17800 Castleton St. Ste 605
9                                       City of Industry, CA 91748
                                        Tel: 626-839-0277
10                                      Fax: 626-839-0322
                                        usbinli@sbcglobal.net
11                                      www.libinlaw.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED STIPULATED JUDGMENT AND
                                        PERMANENT INJUNCTION FOR
                                        COPYRIGHT&TRADEMARK INFRINGEMENT